United States District Court
Southern District of Texas
FILED

APR 1 8 2006

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District of Texas
ENTERED

APR 1 9 2006

Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| V. | | CASE NO. L-06-CR-223 |
| Adolfo Castellan Becerra | | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on April 6, 2006, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 18th day of April, 2006.

Micaela Alvarez
UNITED STATES DISTRICT JUDGE